**BENNETT, BRICKLIN & SALTZBURG LLP**
BY: Paul F. Lantieri, Esquire
I.D. No. 22241
100 SOUTH QUEEN STREET, THIRD FLOOR
LANCASTER, PA 17603-5368
(717) 393-4400

**ATTORNEY FOR DEFENDANTS**
City of Lancaster, Lancaster Recreation Commission and Donald Yeager

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, a minor, by and through JAMES J. NEIMER and REBECCA NEIMER, her parents and natural guardians :<br><br>vs.<br><br>LANCASTER SCHOOL DISTRICT; CITY OF LANCASTER; LANCASTER RECREATION COMMISSION; VICKI PHILLIPS, Individually and in her capacity as Superintendent of the Lancaster School District; GLORIA CAMPBELL, Individually and in her capacity as building principal of Hamilton Elementary School; ISMAEL ALVAREZ; and DONALD YEAGER, Individually and in his capacity as Director of the Lancaster County Recreation Commission's School Age Care Program: | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION NO. 02-CV-4034<br>HONORABLE CLARENCE C. NEWCOMER<br><br>JURY TRIAL DEMANDED |

## *ENTRY OF APPEARANCE*

**TO THE CLERK:**

Kindly enter my appearance as counsel on behalf of defendants, City of Lancaster, Lancaster Recreation Commission, and Donald Yeager, on whose behalf a jury trial is demanded.

BENNETT, BRICKLIN & SALTZBURG LLP

BY:_____
PAUL F. LANTIERI, ESQUIRE
Attorney for Defendants

Dated: August 13, 2002