IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE ELIZABETH NEIMER | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| LANCASTER SCHOOL DISTRICT, et al. | : | NO. 02-4034 |
| Defendants | : | |

**O R D E R**

AND NOW, this    day of December, 2002, upon consideration of Plaintiff's Motion to Amend Complaint (Document 18) and Defendants' response, it is hereby ORDERED that said Motion is DENIED.  The amendment Plaintiff seeks to make is futile as it would not survive a properly filed motion to dismiss.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.