**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATHERINE ELIZABETH NEIMER | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| LANCASTER SCHOOL DISTRICT, et al. | : | NO.  02-4034 |
| | : | |
| Defendants | : | |
| | : | |

## O R D E R

AND NOW, this    day of December, 2002, upon consideration of Defendants Gloria Campbell and Vicki Phillips' Motion to Dismiss Counts XXI and XXII of the Plaintiff's Amended Complaint (Document 21) it is hereby ORDERED that said Motion is DENIED as moot.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.

1