| | |
|---|---|
| **BENNETT, BRICKLIN & SALTZBURG LLP** | **ATTORNEY FOR DEFENDANTS** |
| BY: Paul F. Lantieri, Esquire | City of Lancaster and Lancaster |
| I.D. No. 22241 | Recreation Commission |
| **LIBERTY PLACE** | |
| **313 WEST LIBERTY STREET, SUITE 371** | |
| **LANCASTER, PA 17603-5368** | |
| **(717) 393-4400** | |

| | | |
|---|---|---|
| KATHERINE ELIZABETH NEIMER, a minor, | : | |
| by and through JAMES J. NEIMER and | : | |
| REBECCA NEIMER, her parents and natural guardians | : | UNITED STATES DISTRICT COURT |
| | : | EASTERN DISTRICT OF PENNSYLVANIA |
| vs. | : | |
| | : | |
| LANCASTER SCHOOL DISTRICT; CITY OF | : | CIVIL ACTION NO. 02-CV-4034 |
| LANCASTER; LANCASTER RECREATION | : | HONORABLE CLARENCE C. NEWCOMER |
| COMMISSION; VICKI PHILLIPS, Individually | : | |
| and in her capacity as Superintendent of the | : | |
| Lancaster School District; GLORIA CAMPBELL, | : | JURY TRIAL DEMANDED |
| Individually and in her capacity as building principal | : | |
| of Hamilton Elementary School; ISMAEL ALVAREZ; | : | |
| and DONALD YEAGER, Individually and in his | : | |
| capacity as Director of the Lancaster County | : | |
| Recreation Commission's School Age Care Program | : | |

## *CERTIFICATE OF SERVICE*

I, Paul F. Lantieri, Esquire, hereby certify that a true and correct copy of the foregoing Answer to Complaint with Affirmative Defenses and Crossclaim has been served this date upon all interested counsel by way of United States First Class Mail, postage prepaid, addressed as follows:

Jeffrey R. Elliott, Esquire
KOZLOFF STOUDT
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA 19610
*(Counsel for Plaintiffs)*

Maura E. Fay, Esquire
DILWORTH PAXSON LLP
3200 Mellon Center
1735 Market Street
Philadelphia, PA 19103-7599
*(Counsel for Lancaster School District,
Vicki Phillips and Gloria Campbell)*

Edward H. Rubenstone, Esquire
GROEN, LAMM, GOLDBERG & RUBENSTONE, LLC
Four Greenwood Square, Suite 200
Bensalem, PA 19020
*(Counsel for Defendant, Ismael Alvarez)*

_____
PAUL F. LANTIERI, ESQUIRE

Dated: