UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Case No. 2002-4034
Filed: June 24, 2002

| | |
|---|---|
| KATHERINE NEIMER, a minor by and through | Jeffrey R. Elliott, Esq.<br>Joan E. London, Esq.<br>2640 Westview Drive<br>Wyomissing, Pa.  19610 |
| JAMES J. NEIMER<br>REBECCA NEIMER, her parents and natural guardians | 610-670-2552 |
| v. | |
| LANCASTER SCHOOL DISTRICT,<br>VICKI PHILLIPS | Maura E. Fay, Esq.<br>1735 Market Street<br>Philadelphia, Pa.  19103<br>215-575-7000 |
| CITY OF LANCASTER,<br>LANCASTER RECREATION COMMISSION,<br>DONALD YEAGER | Paul F. Lantieri, Esq.<br>313 W. Liberty Street<br>Lancaster, Pa.  17603<br>717-393-4400 |
| ISMAEL ALVAREZ | Edward H. Rubenstone, Esq.<br>Four Greenwood Square<br>Bensalem, Pa.  19020<br>215-638-9330 |

**NOTICE OF PRETRIAL CONFERENCE**

Please be advised that a pretrial conference in the above matter has been ordered by Judge Clarence C. Newcomer in his chambers, 13th floor Room 13614 on **Tuesday, February 25, 2003 at 11:15 a.m.**

The purposes of the conference are set forth in F.R.C.P. 16.  The Court will assume that you will be fully prepared to comply with all provisions of Rule 16.  You are, therefore, instructed to obtain authority to enter into stipulations, make admissions, and express evaluations in accordance with the Rule.

If the case is not a complex one, in the interest of conserving time and resources for you and your client you are invited to call me requesting that the conference be by telephone.  Our office is equipped to initiate such conference calls.  If this case involves more than two attorneys, you may initiate the call.  Chamber's phone number is 215-597-7847.

        This pretrial conference will be continued only in extreme circumstances.  If you are unable to attend, someone from your office as familiar as possible with this case should attend.

                                      For the Court,

                                Michael Finney, Deputy
                                Clerk to Judge Newcomer
                                267-299-7509

Copies mailed to the above counsel.
February 11, 2003