```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                     C.A. No. 2002-4034`
                                     Filed 9/6/2001

KATHERINE NEIMER, a minor, et al    Jeffrey R. Elliott, Esq.
                                     Joan E. London, Esq.
                                     2640 Westview Drive
                                     Wyomissing, Pa.  19610
    v.

CITY OF LANCASTER, et al            Paul F. Lantieri, Esq.
                                     313 Liberty Street
                                     Lancaster, Pa.  17603

                                     Edward H. Rubenstone, Esq.
                                     Four Greenwood Square
                                     Bensalem, Pa.  19020
```

                    PRETRIAL SCHEDULING ORDER

   Following a pretrial conference with the parties it is

hereby ORDERED:

```
   1.   Discovery completion date   :    7/1/20033
   2.   Plaintiff expert reports    :    7/1/2003
        Defendant's expert report   :    7/21/2003
   3.   Dispositive motions due     :    8/1/2003
        Responses due               :    8/15/2003
   4.   Settlement/Final Pretrial Conference: 9/22/2003 - 11:15
   5.   Pretrial memoranda, proposed finding of fact
        And conclusions of law or joint proposed
        jury instructions due        :    9/17/2003
   6.   Counsel should be prepared for trial on: 9/22/2003
   7.   The parties shall promptly report all settlement
        developments to the Court.
   8.   All provisions of attached procedures shall be observed
   AND IT IS SO ORDERED.
```

February 28, 2003                    Clarence C. Newcomer, J.

                              By:_____
                                 Michael Finney,
                                 Deputy Clerk to
                                 Judge Newcomer


Copies mailed to above-listed counsel.