IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, a minor, by and through JAMES J. NEIMER and REBECCA NEIMER, her parents and natural guardians,<br>        Plaintiffs<br><br>v.<br><br>CITY OF LANCASTER, LANCASTER RECREATION COMMISSION, and ISMAEL ALVAREZ,<br>        Defendants | : Docket No. 02-CV-4034<br>:<br>:<br>:<br>:<br>:<br>:<br>: Assigned to:<br>: Honorable Clarence C. Newcomer<br>:<br>: Jury Trial Demanded<br>: |

### ENTRY OF APPEARANCE

**TO THE CLERK:**

    Please enter the appearance of BARRY W. SAWTELLE, ESQUIRE and KOZLOFF STOUDT on behalf of Plaintiffs Katherine Elizabeth Neimer, James J. Neimer and Rebecca Neimer in the above case and designate 2640 Westview Drive, P. O. Box 6286, Wyomissing, PA 19610, as the place within the County of Berks, where papers, process and notices may be served.

                                        KOZLOFF STOUDT

                                        /s/_____
                                        Barry W. Sawtelle, Esquire
                                        2640 Westview Drive
                                        P.O. Box 6286
                                        Wyomissing, PA 19610
                                        (610) 670-2552
                                        *Attorneys for Plaintiffs*

DATED: June 18, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, | : Docket No. 02-CV-4034 |
| a minor, by and through JAMES J. NEIMER | : |
| and REBECCA NEIMER, her parents and | : |
| natural guardians, | : |
|       Plaintiffs | : |
| | : |
| v. | : |
| | : Assigned to: |
| CITY OF LANCASTER, LANCASTER | : Honorable Clarence C. Newcomer |
| RECREATION COMMISSION, and | : |
| ISMAEL ALVAREZ, | : Jury Trial Demanded |
|       Defendants | : |

CERTIFICATE OF SERVICE

    I, Barry W. Sawtelle, Esquire, attorney for Plaintiff, certify that on June 18, 2003, that I electronically filed the foregoing *Entry of Appearance* via the ECF system and it is available for viewing and downloading from the ECF system. I further certify that the foregoing *Entry of Appearance* was served upon the following party by first class mail:

Christopher S. Underhill, Esquire
Hartman, Underhill & Brubaker, LLP
221 East Chestnut Street
Lancaster, PA 17602
*Attorneys for City of Lancaster and Lancaster Recreation Commission*

Edward H. Rubenstone, Esquire
Groen, Lamm, Goldberg & Rubenstone, LLC
Four Greenwood Square, Suite 200
Bensalem, PA 19020
*Attorneys for Ismael Alvarez*

KOZLOFF STOUDT

/s/_____
Barry W. Sawtelle, Esquire
*Attorneys for Plaintiffs*