Jeffrey R. Elliott, Esquire
Attorney I.D. #38147
Barry W. Sawtelle
Attorney I.D. #42936
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610
Telephone: (610) 670–2552                    Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, a minor, by and through JAMES J. NEIMER and REBECCA NEIMER, her parents and natural guardians,<br>        Plaintiffs<br><br>v.<br><br>CITY OF LANCASTER, LANCASTER RECREATION COMMISSION, and ISMAEL ALVAREZ,<br>        Defendants | : Docket No. 02-CV-4034<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Assigned to:<br>: Honorable Clarence C. Newcomer<br>:<br>: Jury Trial Demanded<br>: |

**ORDER**

AND NOW, this _____ day of June, 2003, upon consideration of Plaintiffs' Motion to Compel Production of Documents Pursuant to Subpoena, it is hereby ORDERED that the Lancaster County Children and Youth Services Agency, the City of Lancaster Police Department, the Lancaster School District, and the Pennsylvania Office of Children, Youth and Families (the "Governmental Agencies") shall comply fully with the subpoenas duces tecum (the "Subpoenas") served upon them, provided, however:

    1.    The Governmental Agencies shall redact from the records produced pursuant

to the Subpoenas any identification of any person making the report of sexual abuse or suspected abuse; and

    2.    Any records produced by the Governmental Agencies pursuant to the Subpoenas shall not be shown, communicated or disclosed in any way to anyone other than:

    a.    Counsel of record for the parties in this action and other attorneys in the firms or employees or subordinates of counsel of record to whom it is necessary that the documents be shown for the purposes of this litigation;

    b.    Experts not affiliated with a party who have been retained by the party's counsel of record for the purposes of this litigation, provided that such experts shall have first signed an agreement to abide by the provisions of this Order, which agreement shall be retained in the file of counsel disclosing said document;

    c.    Such other persons as the parties, from time to time, may agree, but only such parties and only after prior approval of the parties; and

    d.    Deposition or trial witnesses in preparation for, review of, or in the course of the witnesses' testimony, provided that such persons shall have first signed an agreement to abide by the provisions of this Order, which agreement shall be retained in the file of counsel for such disclosing party.

    BY THE COURT:

_____
                                                      J.