HARTMAN UNDERHILL & BRUBAKER LLP
By:  Christopher S. Underhill
     Attorney I.D. No. 07013
     221 East Chestnut Street
     Lancaster, PA  17602                    Solicitor for the City of Lancaster
     (717) 299-7254/FAX (717) 299-3160       Police Bureau

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER a minor, by and through JAMES J. NEIMER and REBECCA NEIMER, her parents and natural guardians,<br>　　　　　Plaintiffs,<br>　　v.<br><br>LANCASTER SCHOOL DISTRICT; CITY OF LANCASTER; LANCASTER RECREATION COMMISSION; VICKI PHILLIPS, Individually and in her capacity as Superintendent of the Lancaster School District; GLORIA CAMPBELL; Individually and in her capacity as building principal of Hamilton Elementary School; ISMAEL ALVAREZ; and DONALD YEAGER, Individually and in his capacity as Director of the Lancaster County Recreation Commission's School Age Care Program,<br>　　　　　Defendants. | CI-02-CV-4034<br><br>JURY TRIAL DEMANDED |

**ANSWER OF THE CITY OF LANCASTER POLICE BUREAU TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

　　1-5.　Admitted.  The City of Lancaster Police Bureau has not produced the

records of its investigation into the allegations of sexual abuse because the Criminal

History Record Information Act, 18 PS § 9101 et seq. provides as follows:

>"<u>Criminal History Record Information</u>."  Information collected from the initiation of a criminal proceeding, consisting of identifiable descriptions, dates and notations of arrest, inditements, information or other formal criminal charges and any dispositions arising therefrom.  <u>The term does not include intelligence information, investigative information or treatment information, including medical and psychological information, or information and records specified in section 9104 (relating to scope)</u>."  (Emphasis added).

18 PS § 9102.  Definitions.

Section 9106(c)(4) provides, "Investigative and treatment information shall not be disseminated to any department, agency or individual unless a department, agency or individual requesting the information is a criminal justice agency, which requests the information in connection with its duties, and the request is based upon a name, fingerprints, modus operandi, genetic typing, voice print or other identifying characteristic." 18 PS § 9106(c)(4).

Section 9181 provides sanctions against anyone who violates the provisions of the Act including civil penalties (Section 9181(2)) and disciplinary action (Section 9181(3)).

WHEREFORE, the City of Lancaster Police Bureau requests that as to it, Plaintiffs' Motion to Compel Production of Documents be denied.

Dated: _____, 2003	HARTMAN UNDERHILL & BRUBAKER LLP


By:_____
  Christopher S. Underhill
  Attorney I.D. #07013
  Solicitor for the City of Lancaster
  Police Bureau

221 East Chestnut Street
Lancaster, PA 17602-2782
(717) 299-7254

## PROOF OF SERVICE

I HEREBY CERTIFY that I am this day serving the foregoing Answer of the City of Lancaster Police Bureau to Plaintiffs' Motion to Compel Production of Documents on the persons and in the manner indicated below.

Service by First Class Mail, addressed as follows:

Jeffrey R. Elliott, Esquire
Kozloff Stoudt
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA 19610

Edward H. Rubenstone, Esquire
Groen, Lamm, Goldberg & Rubenstone, LLC
Four Greenwood Square, Suite 200
Bensalem, PA 19020

Dated: _____, 2003          HARTMAN UNDERHILL & BRUBAKER LLP

By:_____
Christopher S. Underhill
Attorney I.D. #07013
Solicitor for the City of Lancaster
Police Bureau

221 East Chestnut Street
Lancaster, PA 17602
(717) 299-7254

00298079.1

Case 2:02-cv-04034-CN    Document 34    Filed 06/26/2003    Page 5 of 5