# Exhibit C

# DILWORTH PAXSON LLP
## LAW OFFICES

DIRECT DIAL NUMBER:  
215-575-7252

Maura E. Fay  
mfay@dilworthlaw.com

June 25, 2003

**VIA TELECOPY AND REGULAR MAIL**

Jeffrey R. Elliott, Esquire  
Kozloff Stoudt  
2640 Westview Drive  
Wyomissing, PA  19610

    RE: Neimer v. School District of Lancaster, et al.  
        02-CV-9224

Dear Mr. Elliott:

    On Monday, my office received the subpoenas you purported to serve in the above-referenced case commanding the depositions of a representative of the School District of Lancaster ("School District") and Gloria Campbell. Be advised that neither subpoena was properly served and, therefore, neither deponent will appear as noticed. Indeed, Ms. Campbell is no longer employed by the School District and, therefore, cannot be served at an office of the School District. Additionally, and as set forth in the School District's Objections to Plaintiffs' Subpoena, Ms. Jones is neither in control of the office at which the subpoena was delivered, nor an officer, managing agent, supervisor or registered agent for the School District. As such, she is not qualified to accept service on behalf of the School District.

                Very truly yours,

                Maura E. Fay

MEF/abs

c:    Christopher S. Underhill, Esquire (via telecopy and regular mail)  
      Edward H. Rubenstone, Esquire (via telecopy and regular mail)