IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
KATHERINE ELIZABETH NEIMER      :       CIVIL ACTION
                                :
     Plaintiff                  :
                                :
     v.                         :
                                :
LANCASTER SCHOOL DISTRICT,      :
et al.                          :       NO.  02-4034
                                :
     Defendants                 :
                                :
```

### O R D E R

AND NOW, this    day of June, 2003, upon consideration of Plaintiff's Motion to Compel and the Defendant's response, it is hereby ORDERED that said Motion is DENIED.  The Plaintiff has failed to comply with Local Rule 7.1(c), as well as Local Rule 26.1 (f).  Plaintiff's counsel is instructed to consult the Local Rules and all other applicable rules prior to filing motions before this Court.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.