Jeffrey R. Elliott, Esquire
Attorney I.D. #38147
Barry W. Sawtelle
Attorney I.D. #42936
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA  19610
Telephone: (610) 670–2552                                Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, a minor, by and through JAMES J. NEIMER and REBECCA NEIMER, her parents and natural guardians,<br>　　　　Plaintiffs<br><br>　　v.<br><br>CITY OF LANCASTER, LANCASTER RECREATION COMMISSION, and ISMAEL ALVAREZ,<br>　　　　Defendants | : Docket No. 02-CV-4034<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Assigned to:<br>: Honorable Clarence C. Newcomer<br>:<br>: Jury Trial Demanded<br>: |

# ORDER

AND NOW, this _____ day of July, 2003, upon consideration of Plaintiffs' Motion and Brief to Compel Production of Documents Pursuant to Subpoena and Attendance at Deposition, it is hereby ORDERED that the Lancaster School District and Gloria Campbell shall comply fully with the subpoenas duces tecum and subpoena to attend depositions (the "Subpoenas") served upon them, as follows:

　　1.　　The Lancaster School District shall provide full and complete responses to the subpoena duces tecum served on or about June 11, 2003 within ten (10)

      days of the date of this order.

2. The Lancaster School District shall designate a designee to appear for deposition pursuant to the subpoena and notice of deposition served on or about June 11, 2003. Said designee shall appear to be deposed within 30 days of the date of this order.

3. Gloria Campbell shall appear for deposition to be conducted within 30 days of the date of this order.

4. The time for discovery shall be extended until August 31, 2003.

                          BY THE COURT:

                                                               J.