IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE ELIZABETH NEIMER | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| LANCASTER SCHOOL DISTRICT, et al. | : | NO. 02-4034 |
| Defendants | : | |

**O R D E R**

AND NOW, this     day of July, 2003, upon consideration of Plaintiff's Motion to Compel Production of Documents (Document 35) it is hereby ORDERED that said Motion is DENIED. The Plaintiff has failed to comply with Local Rule 7.1(c) and Local Rule 26.1(f).

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.