HARTMAN UNDERHILL & BRUBAKER LLP
By:  Christopher S. Underhill
     Attorney I.D. No. 07013
     221 East Chestnut Street
     Lancaster, PA  17602                           Solicitor for the City of Lancaster
     (717) 299-7254/FAX (717) 299-3160              Bureau of Police

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE ELIZABETH NEIMER          :
a minor, by and through JAMES J. NEIMER  :
and REBECCA NEIMER, her parents and  :
natural guardians,                   :
            Plaintiffs,              :
      v.                             :
                                     :   CI-02-CV-4034
                                     :
CITY OF LANCASTER; LANCASTER         :   JURY TRIAL DEMANDED
RECREATION COMMISSION; and           :
ISMAEL ALVAREZ,                      :
            Defendants.              :

**ANSWER OF THE BUREAU OF POLICE OF THE CITY OF LANCASTER
TO PLAINTIFFS' AMENDED MOTION
<u>TO COMPEL PRODUCTION OF DOCUMENTS</u>**

1-4.    Admitted.  The City of Lancaster Bureau of Police has not produced the records of its investigation in this case because of the provisions of the Criminal History Record Information Act, 18 PS § 9101 et seq., as more fully set forth in the Memorandum accompanying this Answer.

5.     Neither admitted or denied.  The Bureau of Police has no knowledge of the relevancy of the documents subject to the subpoena to the above captioned law suit.

Dated: _____, 2003            HARTMAN UNDERHILL & BRUBAKER LLP

                                              By:_____
                                                    Christopher S. Underhill
                                                    Attorney I.D. #07013
                                                    Solicitor for the City of Lancaster
                                                    Bureau of Police

                                              221 East Chestnut Street
                                              Lancaster, PA 17602-2782
                                              (717) 299-7254

## **PROOF OF SERVICE**

I HEREBY CERTIFY that I am this day serving the foregoing Answer of the Bureau of Police of the City of Lancaster to Plaintiffs' Amended Motion to Compel Production of Documents on the persons and in the manner indicated below.

Service by First Class Mail, addressed as follows:

>Jeffrey R. Elliott, Esquire
>Kozloff Stoudt
>2640 Westview Drive
>P.O. Box 6286
>Wyomissing, PA 19610

>Edward H. Rubenstone, Esquire
>Groen, Lamm, Goldberg & Rubenstone, LLC
>Four Greenwood Square, Suite 200
>Bensalem, PA 19020

>Maura E. Fay, Esquire
>Dilworth Paxson LLP
>3200 Mellon Bank Center
>1735 Market Street
>Philadelphia, PA 19103-7595

Dated: _____, 2003        HARTMAN UNDERHILL & BRUBAKER LLP

By:_____
 Christopher S. Underhill
 Attorney I.D. #07013
 Solicitor for the City of Lancaster
 Bureau of Police

 221 East Chestnut Street
 Lancaster, PA  17602
 (717) 299-7254

00300313.1

-4-

00300313.1