**RESPONSE TO CERTIFICATION PURSUANT TO RULE 26.1f**

Undersigned counsel certifies that at no time was he contacted in any way by Plaintiff's counsel in an attempt to resolve the dispute over the production of the records. Undersigned counsel was advised when the discoverable documents were turned over that counsel for Plaintiffs would be filing a motion to compel.

Dated: _____, 2003

                                                Christopher S. Underhill, Esquire