HARTMAN UNDERHILL & BRUBAKER LLP
By:  Christopher S. Underhill
Attorney I.D. No. 07013
221 East Chestnut Street                    Attorneys for Defendants,
Lancaster, PA 17602                         City of Lancaster and Lancaster
(717) 299-7254/FAX (717) 299-3160           Recreation Commission

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE ELIZABETH NEIMER            :
a minor, by and through JAMES J. NEIMER   :
and REBECCA NEIMER, her parents and   :
natural guardians,                    :
    Plaintiffs          :
   v.                        :
             :    CI-02-CV-4034
             :
CITY OF LANCASTER; LANCASTER          :    JURY TRIAL
                  DEMANDED
RECREATION COMMISSION; and            :
ISMAEL ALVAREZ,                       :
             :    Judge Newcomer
    Defendants           :

## MOTION OF THE CITY OF LANCASTER AND THE LANCASTER RECREATION COMMISSION FOR SUMMARY JUDGEMENT

This City of Lancaster and the Lancaster Recreation Commission move for

summary judgement in their favor and against Plaintiffs on the grounds that as a matter

of law Plaintiffs are unable to establish any of the causes of action in their Complaint.

00305826.1

Dated: _____, 2003  HARTMAN UNDERHILL & BRUBAKER LLP


By:_____

 Christopher S. Underhill, Attorney I.D. #07013

Attorneys for City of Lancaster and Lancaster

Recreation Commission

Defendants

221 East Chestnut Street

Lancaster, PA 17602-2782

(717) 299-7254

## PROOF OF SERVICE

I HEREBY CERTIFY that I am this day serving the foregoing Motion of the City of Lancaster and the Lancaster Recreation Commission for Summary Judgement on the persons and in the manner indicated below.

Service by Facsimile and First Class Mail, addressed as follows:

Jeffrey R. Elliott, Esquire
Kozloff Stoudt
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA 19610
Attorneys for Plaintiffs

Edward H. Rubenstone, Esquire
Groen, Lamm, Goldberg & Rubenstone, LLC
Four Greenwood Square, Suite 200
Bensalem, PA 19020
Attorneys for Defendant, Ismael Alvarez

Dated: _____, 2003          HARTMAN UNDERHILL & BRUBAKER LLP


By:_____
     Christopher S. Underhill
     Attorney I.D. #07013
Attorneys for Defendants, City of Lancaster
and Lancaster Recreation Commission
221 East Chestnut Street
Lancaster, PA  17602
(717) 299-7254

00305826.1                           -3-