IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, a Minor, by and through JAMES J. NEIMER and REBECCA NEIMER, her parents and natural guardians, | : No. 02-CV-4034 :  :  : JURY TRIAL DEMANDED : |
| Plaintiffs | : : |
| vs. | : : |
| CITY OF LANCASTER; LANCASTER RECREATION COMMISSION; and ISMAEL ALVAREZ, | : : : |
| Defendants | : Assigned to: : Newcomer, U.S.D.J. |

ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of the Motion of Defendants, City of Lancaster and Lancaster Recreation Commission for Summary Judgment, and the Reply of Plaintiffs in Opposition thereto, it is hereby ORDERED that the Motion for Summary Judgment is DENIED.

BY THE COURT:

_____
Newcomer, J.