IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE ELIZABETH NEIMER | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| LANCASTER SCHOOL DISTRICT, et al. | : | NO. 02-4034 |
| Defendants | : | |

**O R D E R**

AND NOW, this    day of August, 2003, upon consideration of Plaintiffs' Amended Motions to Compel (Documents 38, 39) and Defendants' responses, it is hereby ORDERED that said Motions are DENIED for failure to include a truthful Local Rule 26.1(f) certification.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.