```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE ELIZABETH NEIMER    :        CIVIL ACTION
                              :
     Plaintiff                :
                              :
     v.                       :
                              :
LANCASTER SCHOOL DISTRICT,    :
et al.                        :        NO.  02-4034
                              :
     Defendants               :
                              :
```

## **O R D E R**

AND NOW, this     day of August, 2003, upon consideration of Defendants' Motion for Summary Judgment (Document 49) and Plaintiff's response, it is hereby ORDERED that said Motion is DENIED.

AND IT IS SO ORDERED.

                                   _____
                                   Clarence C. Newcomer, S.J.

1