| | |
|---|---|
| **BENNETT, BRICKLIN & SALTZBURG LLP**<br>BY: Paul F. Lantieri, Esquire<br>I.D. No. 22241<br>LIBERTY PLACE<br>313 WEST LIBERTY STREET, SUITE 371<br>LANCASTER, PA 17603<br>(717) 393-4400 | ATTORNEY FOR DEFENDANTS<br>City of Lancaster, Lancaster Recreation Commission |

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, a minor, by and through JAMES J. NEIMER and REBECCA NEIMER, her parents and natural guardians<br><br>vs.<br><br>LANCASTER SCHOOL DISTRICT; CITY OF LANCASTER; LANCASTER RECREATION COMMISSION; VICKI PHILLIPS, Individually and in her capacity as Superintendent of the Lancaster School District; GLORIA CAMPBELL, Individually and in her capacity as building principal of Hamilton Elementary School; ISMAEL ALVAREZ; and DONALD YEAGER, Individually and in his capacity as Director of the Lancaster County Recreation Commission's School Age Care Program | EASTERN DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION NO. 02-CV-4034<br>HONORABLE CLARENCE C. NEWCOMER<br><br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly enter my appearance as co-counsel on behalf of defendants, **CITY OF LANCASTER and LANCASTER RECREATION COMMISSION** in the above-captioned matter

BENNETT, BRICKLIN & SALTZBURG LLP

BY:_____
PAUL F. LANTIERI, ESQUIRE