Jeffrey R. Elliott, Esquire
Attorney I.D. #38147
**Kozloff Stoudt**
2640 Westview Drive
Wyomissing, PA  19610
Telephone: (610) 670–2552                                    *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, a minor, by and through JAMES J. NEIMER and REBECCA NEIMER, her parents and natural guardians,<br>        Plaintiffs<br><br>           v.<br><br>CITY OF LANCASTER, LANCASTER RECREATION COMMISSION, and ISMAEL ALVAREZ,<br>        Defendants | : Docket No. 02-CV-4034<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Assigned to:<br>: Honorable Clarence C. Newcomer<br>:<br>: Jury Trial Demanded<br>: |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Kozloff Stoudt, Jeffrey R. Elliott, Esquire, Barry W. Sawtelle, Esquire, and Joan E. London, Esquire as attorneys for Plaintiffs, Katherine Elizabeth Neimer, a minor, by and through James J. Neimer and Rebecca Neimer, her parents and natural guardians in the above-captioned matter.

                                KOZLOFF STOUDT
                                Professional Corporation

                                _____/s/_____
                                Jeffrey R. Elliott, Esquire

                                _____/s/_____
                                Barry W. Sawtelle, Esquire

                                _____/s/_____
                                Joan E. London, Esquire

Jeffrey R. Elliott, Esquire
Attorney I.D. #38147
**Kozloff Stoudt**
2640 Westview Drive
Wyomissing, PA  19610
Telephone: (610) 670–2552                    *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, a minor, by and through JAMES J. NEIMER and REBECCA NEIMER, her parents and natural guardians,<br><br>        Plaintiffs<br><br>    v.<br><br>CITY OF LANCASTER, LANCASTER RECREATION COMMISSION, and ISMAEL ALVAREZ,<br>        Defendants | : Docket No. 02-CV-4034<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Assigned to:<br>: Honorable Clarence C. Newcomer<br>:<br>: Jury Trial Demanded<br>: |

## CERTIFICATE OF SERVICE

    I, Jeffrey R. Elliott, Esquire, attorney for Plaintiffs, certify that on _9/11/03_____, 2003, that I electronically filed the foregoing *Withdrawal of Appearance,* via the ECF system and it is available for viewing and downloading from the ECF system.  I further certify that the foregoing *Withdrawal of Appearance,* was served upon the following party by regular first class mail to:

Christopher S. Underhill, Esquire
Hartman, Underhill & Brubaker, LLP
221 East Chestnut Street
Lancaster, PA 17602
*Attorneys for City of Lancaster and Lancaster Recreation Commission*

Edward H. Rubenstone, Esquire
Groen, Lamm, Goldberg & Rubenstone, LLC
Four Greenwood Square, Suite 200
Bensalem, PA 19020
*Attorneys for Ismael Alvarez*

                Maura E. Fay, Esquire
                Dilworth Paxson LLP
            3200 Mellon Bank Center
                1735 Market Street
           Philadelphia, PA   19103-7595

                    KOZLOFF STOUDT

                _____/s/_____
                Jeffrey R. Elliott, Esquire
                *Attorneys for Plaintiffs*