```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE ELIZABETH NEIMER    :        CIVIL ACTION
                              :
      Plaintiff               :
                              :
      v.                      :
                              :
LANCASTER SCHOOL DISTRICT,    :
et al.                        :        NO.  02-4034
                              :
      Defendants              :
                              :
```

## O R D E R

AND NOW, this    day of September, 2003, it is hereby ORDERED that the final pre-trial conference in the above captioned matter is to take place on Wednesday, October 22nd, at 11:15 am in Room 13614.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.