IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
KATHERINE ELIZABETH NEIMER      :     CIVIL ACTION
                                :
     Plaintiff                  :
                                :
     v.                         :
                                :
LANCASTER SCHOOL DISTRICT,      :
et al.                          :     NO. 02-4034
                                :
     Defendants                 :
                                :
```

**O R D E R**

  AND NOW, this     day of October, 2003, in order to aid the Court in its adjudication of Plaintiff's Motion for Reconsideration Pursuant to F.R.C.P. 60(b)(6) and Leave to Amend Complaint Pursuant to F.R.C.P. 15(a) and Leave to Rejoin Parties Pursuant to F.R.C.P. 19(a)(1) (Doc. 58) ("Plaintiff's Motion"), it is hereby ORDERED that Plaintiff's counsel shall file a Reply Brief to the Court that, as briefly as possible, discloses the following:

  1. The identity of the individuals or entities that provided Plaintiff with the information in Paragraph 7(a)-(g) of Plaintiff's Motion.

  2. The methods used to retrieve the information in Paragraph 7(a)-(g).

  3. The substantive basis for the information in Paragraph 7(a)-(g).

  Plaintiff shall inform the Court whether the

1

information in Paragraph 7(a)-(g) was retrieved during the normal discovery period, and if not, why.  The Reply Brief is to be as short as possible, and shall be strictly limited to the issues enumerated above.  The Reply Brief shall be delivered to this Court no later than 10:00 AM, Thursday, October 23, 2003.

    AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.