| | |
|---|---|
| RAYMOND M. BILY, ESQUIRE<br>REIFF AND BILY<br>Identification No. 44677<br>1429 Walnut Street<br>12th Floor<br>Philadelphia, Pa. 19102<br>215) 246-9000 | ATTORNEY FOR PLAINTIFF |

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, a minor<br>by and through JAMES J. NEIMER and<br>REBECCA NEIMER, her parents and natural guardians<br><br>vs.<br><br>LANCASTER SCHOOL DISTRICT; CITY OF<br>LANCASTER; LANCASTER RECREATION<br>COMMISSION; VICKI PHILLIPS, Individually<br>and in her capacity as Superintendent of the<br>Lancaster School District; GLORIA CAMPBELL,<br>Individually and in her capacity as building principal<br>of Hamilton elementary School; ISMAEL ALVAREZ<br>and DONALD YEAGER, Individually and in his<br>capacity as Director of the Lancaster County<br>Recreation Commission's School Age Care Program | EASTERN DISTRICT OF PENNSYLVANIA<br><br><br>CIVIL ACTION NO. 02-CV-4034<br>HONORABLE CLARENCE C. NEWCOMER<br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' REPLY BRIEF TO
THE OPPOSITION OF THE SCHOOL DISTRICT OF LANCASTER,
VICKI PHILLIPS, AND GLORIA CAMPBELL TO PLAINTIFFS' MOTIONS
FOR RECONSIDERATION PURSUANT TO FED. R. CIV. P 60(b)(6),
LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15 (a),
AND LEAVE TO REJOIN PARTIES PURSUANT TO FED.R.CIV.P. 19(a)(1)**

The Plaintiff, Katherine Elizabeth Neimer, a minor, by and through James J. Neimer and Rebecca Neimer, her parents and natural guardians, by and through her counsel, Raymond M. Bily, Esquire, respectfully submit this Reply Brief to The Opposition of The School District of Lancaster, Vicki Phillips, and Gloria Campbell to Plaintiffs' Motions For Reconsideration Pursuant to Fed. R. Civ. P. 60(b)(6), Leave to Amend Complaint Pursuant to Fed. R. Civ. P. 15 (a),and Leave to Rejoin Parties Pursuant to Fed. R. Civ. P. 19(a)(1) as follows:

1.   Office of District Attorney, County of Lancaster, Pennsylvania.

2. Telephone inquiry.

3. <u>Direct</u> observations by eyewitnesses (seven persons employed by City of Lancaster School District) identified in Plaintiff's Motion, Paragraph 7(a)-(g) of defendant Alvarez continuous offensive sexual conduct during relevant time period for up to one and one-half years in advance of the sexual assault upon the body of nine year old minor Katherine Elizabeth Niemer.

This information in support of Katherine Niemer's case was not received or retrieved during the normal course of discovery.  Importantly, neither the identification of the persons identified in Paragraphs 7(a)-(g) nor the mention that they had highly relevant testimony from no less than seven eyewitnesses was provided by the defendants or previous defendants in discovery or voluntary disclosure in accord with Local Rule 26.1 (a) For prior counsel to pursue.  Luckily, plaintiffs' new counsel obtained the information from an independent third party entity outside of the normal course of discovery.  At no time did plaintiff's counsel obtain the information from the responding defendant's or prior defendants.

        Respectfully submitted,

        _____
        RAYMOND M. BILY,
        Attorney for Plaintiffs

| | |
|---|---|
| RAYMOND M. BILY, ESQUIRE<br>REIFF AND BILY<br>Identification No. 44677<br>1429 Walnut Street<br>12th Floor<br>Philadelphia, Pa. 19102<br>215) 246-9000 | ATTORNEY FOR PLAINTIFF |

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, a minor<br>by and through JAMES J. NEIMER and<br>REBECCA NEIMER, her parents and natural guardians : <br>vs.<br><br>LANCASTER SCHOOL DISTRICT; CITY OF<br>LANCASTER; LANCASTER RECREATION<br>COMMISSION; VICKI PHILLIPS, Individually<br>and in her capacity os Superintendent of the<br>Lancaster School District; GLORIA CAMPBELL,<br>Individually and in her capacity as building principal<br>of Hamilton elementary School; ISMAEL ALVAREZ<br>and DONALD YEAGER, Individually and in his<br>capacity as Director of the Lancaster County<br>recreation Commission's School Age Care Program | :<br>:<br>:<br>: EASTERN DISTRICT OF PENNSYLVANIA<br>:<br>:<br>:<br>: CIVIL ACTION NO. 02-CV-4034<br>: HONORABLE CLARENCE C. NEWCOMER<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Raymond M. Bily, Esquire, hereby certify that a true and correct copy of the foregoingReply Brief has been served this date upon al interested counsel by way of United States First Class Mail, postage prepaid, addressed as follows:

Paul F. Lantieri, Esquire
Bennett, Bricklin & Saltzburg, LP
Liberty Place
313 West Liberty Street, Suite 371
Lancaster, PA 17603
(Counsel for Defendants, City of Lancaster,
Lancaster Recreation Commission and Donald Yeager)

Christopher S. Underhill, Esquire
Hartman, Underhill & Brubaker, LLP
221 East Chestnut Street
Lancaster, PA 17602
(Counsel for Defendants, City of Lancaster,
Lancaster Recreation Commission)

Maura E. Fay, Esquire
Dilworth Paxson, LLP
3200 Mellon Center
1735 Market Street
Philadelphia, PA 19103-7599
(Counsel for Lancaster School District,
Vicki Phillips and Gloria Campbell)

Edward H. Rubenstone, Esquire
Groen, Lamm, Goldberg & Rubenstone, LLC
Four Greenwood Square, Suite 200
Bensalem, PA 19020
(Counsel for Defendant, Ismael Alvarez)

                                                                    _____
                                                                    RAYMOND M. BILY, ESQUIRE

Dated: October 22, 2003