BENNETT, BRICKLIN & SALTZBURG LLP
By: Paul F. Lantieri
    313 West Liberty Street, Suite 371
    Lancaster, PA 17603
    (717) 393-4400/Fax: (717) 393-4322

HARTMAN UNDERHILL & BRUBAKER LLP
By: Christopher S. Underhill
    Attorney I.D. No. 07013
    221 East Chestnut Street           Attorneys for Defendants,
    Lancaster, PA 17602               City of Lancaster and Lancaster
    (717) 299-7254/FAX (717) 299-3160     Recreation Commission

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE ELIZABETH NEIMER     :
a minor, by and through JAMES J. NEIMER   :
and REBECCA NEIMER, her parents and   :
natural guardians,                :
        Plaintiffs                 :
                               :
    v.                             :
                               :    CI-02-CV-4034
                               :
CITY OF LANCASTER; LANCASTER     :    JURY TRIAL DEMANDED
RECREATION COMMISSION; and        :
ISMAEL ALVAREZ,               :    Judge Newcomer
        Defendants               :

**RESPONSE OF THE CITY OF LANCASTER AND
THE LANCASTER RECREATION COMMISSION TO
<u>PLAINTIFFS' PROPOSED POINTS FOR CHARGE</u>**

    1.    Objection. This point is not relevant because it is applicable to a negligence claim, which has already been dismissed by the Court, and not to a civil rights claim.

00320778.1

2. Objection. This is not an accurate statement or an accurate quotation of Section 1983. Defendants' Proposed Point Number 4 is an accurate quotation of Section 1983.

3. Agreed.

4. Agreed.

5. Agreed.

6. Agreed, but to be combined with Defendants' Proposed Point Number 7.

7. Objection. See Defendants' Point Number 7.

8. Agreed.

9. Agreed, but to be combined with Defendants' Number 8.

10. Agreed, but to be combined with Defendants' Number 9.

11. Agreed, but to be combined with Defendants' Number 10.

12. Agreed.

13. Objection. This is not relevant because Defendants are not claiming qualified immunity.

14. Objection. This is repetitious.

15. Objection. This is not relevant and is repetitious.

16. Objection. The quotation is out of context. See Defendants' Number 3.

17. Objection. This is repetitious. See Plaintiffs' Number 5. It is also not relevant because the City of Lancaster and the Lancaster Recreation Commission did not employ Mr. Alvarez.

                                        Respectfully submitted,

Dated: _____, 2003      BENNETT, BRICKLIN & SALTZBURG LLP


By:_____
      Paul F. Lantieri, Esquire
      Attorneys for Defendants, City of Lancaster and
      Lancaster Recreation Commission

313 West Liberty Street
Suite 371
Lancaster, PA 17603
(717) 393-4400

HARTMAN UNDERHILL & BRUBAKER LLP


By:_____
      Christopher S. Underhill
      Attorney I.D. #07013
      Attorneys for Defendants, City of Lancaster and
      Lancaster Recreation Commission

221 East Chestnut Street
Lancaster, PA 17602-2782
(717) 299-7254

## PROOF OF SERVICE

I HEREBY CERTIFY that I am this day serving the foregoing Response of the City of Lancaster and the Lancaster Recreation Commission to Plaintiffs' Proposed Points for Charge on the persons and in the manner indicated below.

Service by Facsimile and First Class Mail, addressed as follows:

Raymond M. Bily, Esquire
Reiff and Bily
1429 Walnut Street
12th Floor
Philadelphia, PA 19102-3218
Attorneys for Plaintiffs

Edward H. Rubenstone, Esquire
Groen, Lamm, Goldberg & Rubenstone, LLC
Four Greenwood Square, Suite 200
Bensalem, PA 19020
Attorneys for Defendant, Ismael Alvarez

Dated: October 24, 2003         BENNETT, BRICKLIN & SALTZBURG LLP

By:_____
Paul F. Lantieri, Esquire
Attorneys for Defendants, City of Lancaster
and Lancaster Recreation Commission

313 West Liberty Street
Suite 371
Lancaster, PA 17603
(717) 393-4400

00320778.1