```
               IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE ELIZABETH NEIMER      :        CIVIL ACTION
                                :
      Plaintiff                 :
                                :
      v.                        :
                                :
LANCASTER SCHOOL DISTRICT,      :
et al.                          :        NO.  02-4034
                                :
      Defendants                :
                                :
```

**O R D E R**

　　AND NOW, this    day of October, 2003, it is hereby ORDERED that Plaintiff shall, in the custom of notice-pleading, submit to this Court and all Defendants an Amended Complaint of no more than twenty (20) pages.  The Amended Complaint shall be entered within five (5) days of this Order.

　　AND IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Clarence C. Newcomer, S.J.