```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KATHERINE ELIZABETH NEIMER   :   CIVIL ACTION
                             :
     Plaintiff               :
                             :
     v.                      :
                             :
LANCASTER SCHOOL DISTRICT,   :
et al.                       :   NO. 02-4034
                             :
     Defendants              :
                             :

## **O R D E R**

AND NOW, this    day of October, 2003, it is hereby ORDERED that a settlement conference conducted by Magistrate Judge Peter Scuderi in the above captioned matter is to take place on Wednesday, December 3, at 10:00 am in Room 3015.

AND IT IS SO ORDERED.

                                     _____
                                     Clarence C. Newcomer, S.J.