**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATHERINE ELIZABETH NEIMER | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| LANCASTER SCHOOL DISTRICT, et al. | : | NO. 02-4034 |
| Defendants | : | |

### O R D E R

AND NOW, this     day of October, 2003, it is hereby ORDERED that Defendant's Motion to Consolidate is GRANTED. The above-captioned case is hereby CONSOLIDATED with 03-5922. The Final Pretrial Conference in the consolidated case shall be scheduled in due course. The Court further ORDERS that all discovery materials known to the Parties be delivered to the Defendants in the Consolidated action within five (5) days of this order.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.