**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KATHERINE ELIZABETH** | : | **Docket No. 02-CV-4034** |
| **NEIMER/ a minor, by and through** | : | |
| **JAMES J. NEIMER and REBECCA** | : | |
| **NEIMER/ her parents and natural guardians,** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **Plaintiffs** | : | |
| **vs.** | : | **HONORABLE CLARENCE C. NEWCOMER** |
| **LANCASTER SCHOOL DISTRICT;** | : | |
| **CITY OF LANCASTER; LANCASTER** | : | |
| **RECREATION COMMISSION;** | : | |
| **VICKI PHILLIPS/ Individually** | : | |
| **and in her capacity as Superintendent** | : | |
| **of the Lancaster School District; GLORIA** | : | |
| **CAMPBELL, Individually and in her** | : | |
| **capacity as building principal** | : | |
| **of Hamilton Elementary School; ISMAEL** | : | |
| **ALVAREZ; and DONALD YEAGER,** | : | |
| **Individually and in his capacity as Director** | : | |
| **of the Lancaster County Recreation** | : | |
| **Commission's School Age Care Program,** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

AND NOW, this _____ day of _____, 2004, the above-captioned case is

settled by all plaintiffs against defendants, City of Lancaster; Lancaster Recreation Commission;

and Donald Yeager, Individually and in his capacity as Director of the Lancaster County Recreation

Commission's School Age Care Program only in the amount of          **$100,000.00**

**Katherine Neimer to receive the sum of**          **$ 70,075.38**
**to be placed in a saving certificates from a**
**federally insured bank or saving institution.**
**The certificate shall be titled and restricted as follows:**

**Katherine Neimer, a minor, not to be redeemed except**
**for renewal in its entitety, not to be withdrawn, assigned,**
**negotiated, or otherwise alienated before the minor attains**
**majority, except upon prior Order of Court.**

**Attorneys' fees (25%) in the amount of**          **$ 23,358.47**

**to be shared and divided between Kozloff, Stoudt and Raymond M. Bily, Esquire**

**Costs of 4,382.65 to be paid to Kozloff, Stoudt and costs of $2,183.50 to be paid to Raymond M. Bily, Esquire          $6,566.15**

**The case is hereby dismissed with prejudice as to the above-named defendants.**

**BY THE COURT:**

_____

**CLARENCE C. NEWCOMER, J.**