**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATHERINE ELIZABETH NEIMER | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| LANCASTER SCHOOL DISTRICT, et al. | : | NO. 03-5922 |
| | : | NO. 02-4034 |
| Defendants | : | |

**O R D E R**

AND NOW, this    day of February, 2004, the Clerk is hereby ORDERED to docket this Court's order of dismissal in 02-4034 (Doc. 78) in Civil Action No. 03-5922, a related and consolidated case.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.