**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATHERINE ELIZABETH NEIMER | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| LANCASTER SCHOOL DISTRICT, et al. | : | NO. 02-4034 |
| | : | NO. 03-5922 |
| Defendants | : | |

**O R D E R**

AND NOW, this    day of February, 2004, upon Consideration of Defendant Alvarez's Motion to Dismiss (Doc. 82) and Plaintiff's Response, it is hereby ORDERED that Defendant's Motion is DENIED. Although the Court recognizes its discretion to dismiss Plaintiff's action without prejudice, the interests of justice and judicial economy require that the above-captioned case proceed in this Court.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.