**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
KATHERINE ELIZABETH NEIMER      :       CIVIL ACTION
                                :
     Plaintiff                  :
                                :
     v.                         :
                                :
LANCASTER SCHOOL DISTRICT,      :
et al.                          :       NO. 02-4034
                                :       NO. 03-5922
     Defendants                 :
                                :
```

### O R D E R

AND NOW, this    day of February, 2004, it is hereby Ordered that all pretrial memoranda and jury instructions are due on Friday, April 2, 2004.  The final pretrial conference is scheduled for Monday, April 12, 2004 at 11:15 a.m.  Trial will commence immediately following the conference.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.