## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE ELIZABETH NEIMER | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| LANCASTER SCHOOL DISTRICT, et al. | : | NO. 02-4034 |
| | : | NO. 03-5922 |
| Defendants | : | |

### **O R D E R**

AND NOW, this    day of February, 2004, upon Consideration of Plaintiff's Motion for Reconsideration, it is hereby ORDERED that Plaintiff's Motion is DENIED pursuant to Local R. Civ. Pro. 7.1(g), which requires that motions for reconsideration be brought within ten (10) days of the predicate order.  Moreover, as all Defendants and claims except the state claims against Defendant Alvarez have been dismissed, the Court is unsure whether the "federal question exemption" to claims of state privilege is appropriate here.  As this issue is not before the Court, however, no further analysis is required.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.