**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
KATHERINE ELIZABETH NEIMER     :        CIVIL ACTION
                               :
     Plaintiff                 :
                               :
     v.                        :
                               :
LANCASTER SCHOOL DISTRICT,     :
et al.                         :        NO. 02-4034
                               :
     Defendants                :
                               :
```

### O R D E R

AND NOW, this    day of April, 2004, upon consideration of Plaintiff's unopposed Motion for Summary Judgment (Doc. No. 89) it is hereby ORDERED that said Motion is GRANTED. Judgment is entered in favor of Plaintiff, and against Defendant Ismael Alvarez.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.