**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATHERINE ELIZABETH NEIMER | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| LANCASTER SCHOOL DISTRICT, et al. | : | NO. 02-4034 |
| Defendants | : | |

### O R D E R

AND NOW, this    day of May, 2004, it is hereby ORDERED that this Court's Order of April 21, 2004, is AMENDED as follows: judgment is entered in favor of Plaintiff, and against Defendant Ismael Alvarez, in the amount of one million dollars ($1,000,000).

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.