IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, a minor, by and through JAMES J. NEIMER and REBECCA NEIMER, her parents and natural guardians,<br>　　　　　　　Plaintiffs<br><br>　　　vs.<br><br>THE SCHOOL DISTRICT OF LANCASTER SCHOOL BOARD, et al. | :<br>:<br>: No. 02-CV-4034<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Katherine Elizabeth Neimer, in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit following entry of final judgment by Order dated April 21, 2004 as Amended by Order dated May 6, 2004. Plaintiff appeals from the following : (1) Order dated December 13, 2002 dismissing Defendants Lancaster School District, Vicki Phillips and Gloria Campbell; (2) Order dated December 17, 2002 denying Plaintiff's Motion to Amend Complaint; (3) Order dated December 17, 2002 dismissing Plaintiff's negligence claims against Defendants City of Lancaster, Lancaster Recreation Commission and Donald Yeager; (4) Order dated June 27, 2003 denying Plaintiff's Motion to Compel Production of Police Report; (5) Order dated

July 8, 2003 denying Plaintiff's Motion to Compel Production of Police Report; (6) Order dated October 24, 2003 denying Plaintiff's Motion for Reconsideration pursuant to Rule 60(b)(6), Leave to Amend pursuant to Rule 5(a) and Leave to Rejoin pursuant to Rule 19(a)(1); and (7) Order dated February 19, 2004 denying Plaintiff's Motion for Reconsideration pursuant to Rule 60(b)(6).

          REIFF AND BILY

BY: _____
     Raymond M. Bily, Esquire
     Attorney for Plaintiff
     1429 Walnut Street, 12th Floor
     Philadelphia, PA 19102
     (215) 246-9000    (telephone)
     (215) 246-9012    (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE ELIZABETH NEIMER, a minor, by and through JAMES J. NEIMER and REBECCA NEIMER, her parents and natural guardians,<br><br>　　　　　　　　Plaintiffs<br><br>　　vs.<br><br>THE SCHOOL DISTRICT OF LANCASTER SCHOOL BOARD, et al. | :<br>:<br>:　　No. 02-CV-4034<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

CERTIFICATE OF SERVICE

　　I, Raymond M. Bily, Esquire, hereby certify that a true and correct copy of the foregoing Notice of Appeal has been served this date upon all interested counsel by way of United States First Class Mail, postage prepaid, addressed as follows:

Paul F. Lantieri, Esquire
Bennett, Bricklin & Saltzburg, LP
Liberty Place
313 West Liberty Street, Suite 371
Lancaster, PA 17603
(Counsel for Defendants, City of Lancaster,
Lancaster Recreation Commission and Donald Yeager)

Christopher S. Underhill, Esquire
Hartman, Underhill & Brubaker, LLP
221 East Chestnut Street
Lancaster, PA 17602
(Counsel for Defendants, City of Lancaster,
Lancaster Recreation Commission)

Maura E. Fay, Esquire
Dilworth Paxson, LLP
3200 Mellon Center
1735 Market Street
Philadelphia, PA 19103-7599
(Counsel for Lancaster School District,
Vicki Phillips and Gloria Campbell)

Edward H. Rubenstone, Esquire
Lamm, Rubenstone, Totaro David, LLC
Four Greenwood Square, Suite 200
Bensalem, PA 19020
(Counsel for Defendant, Ismael Alvarez)

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RAYMOND M. BILY, ESQUIRE

Dated: