IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Katherine Elizabeth Neimer

02-4034
District Court Docket Number

vs.

The School District of Lancaster School Board, et. al.

Notice of Appeal Filed 05/11/04
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal __Paid  _X_ Not Paid    __Seaman
    Docket Fee        __Paid  _X_ Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

_____
_____
_____

Prepared by :_____
                      Anne L. Caridi
              Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

District Court Docket Number

vs.

Notice of Appeal Filed
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal __Paid __Not Paid   __Seaman
    Docket Fee        __Paid __Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney