```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE ELIZABETH NEIMER    :    CIVIL ACTION
      Plaintiff               :
                              :    NO.  02-4034
      v.                      :         03-5922
                              :
LANCASTER SCHOOL DISTRICT,    :
et al.                        :
      Defendants              :
```

**O R D E R**

AND NOW, this    day of September, 2004, as the above-captioned cases are no longer before this Court, it is hereby ORDERED that all outstanding Motions in the above-captioned cases are DENIED as MOOT. The Clerk shall mark this case CLOSED for statistical purposes.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.

1