IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE ELIZABETH NEIMER/ a minor, by and through JAMES J. NEIMER and REBECCA NEIMER/ her parents and natural guardians, | : : : : : | Docket No.  02-CV-4034 |
| | : | JURY TRIAL DEMANDED |
| Plaintiffs | : : | |
| v. | : : | Honorable Clarence C. Newcomer |
| LANCASTER SCHOOL DISTRICT; CITY OF LANCASTER; LANCASTER RECREATION COMMISSION; VICKI PHILLIPS/ Individually and in capacity as Superintendent of the Lancaster School District: GLORIA CAMPBELL, Individually and in her capacity as building principal of Hamilton Elementary School; ISMAEL ALVAREZ; and DONALD YEAGER, Individually and in his capacity as Director of the Lancaster County Recreation Commission's School Age Care Program, | : : : : : : : : : : : : : : | |
| Defendants Defendants | : : | |

**O R D E R**

AND NOW, this 16th day of December, 2004, the above-captioned case is settled by all plaintiffs against defendant, Lancaster School District; Vicki Phillips, Individually and in her capacity as Superintendent of the Lancaster School District; Gloria Campbell, individually and in her capacity as building principal of Hamilton Elementary School, only in the amount of: $30,000.00

    Katherine Neimer to receive the sum of:     $21,585.30
    to be placed in a saving certificates from a
    federally insured bank or saving institution.
    The certificate shall be titled and restricted as follows:

**Katherine Neimer, a minor, not to be redeemed except for renewal in its entirety, not to be withdrawn, assigned, negotiated, or otherwise alienated before the minor attains majority, except upon prior Order of Court.**

| | |
|---|---:|
| **Attorneys' fees (25%) in the amount of:**<br>**to be shared and divided between Kozloff, Stoudt**<br>**and Raymond M. Bily, Esquire** | **$7,195.10** |
| **Costs of $1,219.60 to be paid to Raymond M. Bily, Esquire** | **$1,219.60** |

**The case is hereby dismissed with prejudice as to the above-named defendants.**

                          **BY THE COURT:**

                          **S/_____**
                          **Clarence C. Newcomer, J.**